IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TOMMY OWENS**                                                                                                                 **PLAINTIFF**

V.                                    CASE NO. 5:24-CV-5045

**OFFICER JASMINE SAMUEL,**
Bentonville Police Department;
**OFFICER KEVIN LUKE,**
Springdale Police Department;
**OFFICER CHASE SCALLON,**
Springdale Police Department; and
**GILVERTO GARCIA, Walmart Supercenter Corporation**             **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 10) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that: (1) all claims against Defendant Garcia are **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to terminate him as a Defendant; and (2) all claims against Defendants Samuel, Luke, and Scallon are **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the resolution of Owens' state criminal case.

Owens will have **thirty (30) days** after the final resolution of his pending criminal case to file a motion to reopen this case. Upon notice filed by the Defendants, the failure

of Owens to file such a motion by the deadline will result in the summary dismissal of this case.

**IT IS SO ORDERED** on this 23rd day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2