IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TOMMY OWENS**     **PLAINTIFF**

**V.**     **CASE NO. 5:24-CV-5045**

**OFFICER JASMINE SAMUEL,** Bentonville
Police Department; **OFFICER KEVIN LUKE,**
Springdale Police Department; and
**OFFICER CHASE SCALLON**     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 14) filed in this case on September 24, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Motion to Reopen (Doc. 12) is **DENIED**.

**IT IS SO ORDERED** on this 17th day of October, 2024.


                                                 */s/ Timothy L. Brooks*
                                                 TIMOTHY L. BROOKS
                                                 UNITED STATES DISTRICT JUDGE